In The United States District Court
For The Western District Of Washington

| | |
|---|---|
| Balmuccino, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Starbucks Corporation,<br><br>    Defendant. | No. 2:22-cv-1501-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint. Dkt. # 19. Defendant has indicated that it does not oppose the motion. Dkt. # 21. Accordingly, the Court GRANTS the motion. Plaintiff shall file its First Amended Complaint on or before Tuesday, March 14, 2023.

DATED this 7th Day of March, 2023.

_____
John H. Chun, U.S. District Judge

ORDER GRANTING
Motion For Leave to File First Amended Complaint - 1
*Balmuccino v. Starbucks*, No. 2:22-cv-1501-JHC